APRIL 27, 2000

No. 99–1508. RAYONIER INC. v. BEAVER; and RAYONIER INC. v. BLANTON. C. A. 11th Cir. Certiorari dismissed under this

Court's Rule 46. Reported below: 200 F. 3d 723 (first judgment); 199 F. 3d 443 (second judgment).